UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA M. CURTIS,

        Plaintiff,        Case no. 10-12442
                                      Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Mark A. Randon's February 24, 2011 Report and Recommendation as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED**.


                                              s/John Corbett O'Meara
                                              United States District Judge

Date: March 24, 2011


     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 24, 2011, using the ECF system, and upon Plaintiff at 5218 Burnside Rd., North Branch, MI 48461 by first-class U.S. mail.


                                                s/William Barkholz
                                                Case Manager